UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MAJER HAFIZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Nos.: 3:05-cr-018 |
| | ) 3:10-cv-509 |
| | ) JUDGE JORDAN |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** as time-barred and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

                                                                                   s/ Leon Jordan
                                                      United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT